UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER VILLAGE I, L.L.C., | ) | Case No. 07-03864 |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**FINAL DECREE CLOSING THE BANKRUPTCY CASES OF RIVER VILLAGE I, L.L.C., RIVER VILLAGE WEST, L.L.C. AND KND INVESTMENTS, LLC**

Upon consideration of the motion (the "Motion")[1] of Rockney W. Hudson, the Liquidating Trustee ("Trustee") of the JS II Liquidating Trust (the " Liquidating Trust"), for the purpose of implementing the Second Amended Joint Chapter 11 Plan (the "Plan"), requesting the entry of an order closing the cases of the following debtors which have been substantively consolidated pursuant to the terms of the Second Amended Joint Chapter 11 Plan (the "Plan"): River Village I, L.L.C., Case No. 07-03864; River Village West, L.L.C., Case No. 07-03865; and KND Investments, LLC, Case No. 07-3866 (collectively, the "Closing Debtors"); due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. The Motion is granted.

2. The bankruptcy cases of River Village I, L.L.C., Case No. 07-03864; River Village West, L.L.C. Case No. 07-03865; and KND Investments, LLC, Case No. 07-3866 are hereby closed and any further notice of the Motion is hereby waived.

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Motion.

{5618 ORD A0273782.DOC}

3. Notwithstanding the entry of this Final Decree, (i) this Court hereby retains jurisdiction over all issues related to the Trustee's remaining duties under the Plan and any motions that may need to be brought or pleading that may need to be filed by the Trustee to fully and finally conclude the same and (ii) the Trustee shall pay the fees required to be paid to the United States Trustee pursuant to 28 U.S.C. § 1930 prorated through the date of entry of this order with respect to the Closing Debtors' bankruptcy cases.

ENTER: *Jacqueline P. Cox*

Dated: September 28, 2010

J. Cox

**United States Bankruptcy Judge**

*Prepared By*:
Allen J. Guon (#6275738)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 980-3806
Fax: (312) 275-0552
aguon@shawgussis.com
Counsel for the Liquidating Trustee

{5618 ORD A0273782.DOC}    2